UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEIONZIE CLEMENTS and ERIC ALLEN,

                        *Plaintiffs,*        Case No: 3:23-cv-0189 (TJM/ML)

-against-

VILLAGE OF DRYDEN, NEW YORK; TOWN OF
DRYDEN, NEW YORK; DAVID SPROUT, Code
Enforcement Officer for the Town and Village of
Dryden, in his official and individual capacity;
SHELLEY KNICKERBOCKER, Code Enforcement
Officer for the Town and Village of Dryden, in her
official and individual capacity; LINDA BRUNO and
JUDITH JOHNSON,

                        *Defendants.*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in accordance with the terms and conditions of the Settlement Agreement among Keionzie Clements and the Village of Dryden, the Settlement Agreement among Keionzie Clements and Town of Dryden, David Sprout, Code Enforcement Officer for the Town and Village of Dryden, in his official and individual capacity, Shelley Knickerbocker, Code Enforcement Officer for the Town and Village of Dryden, in her official and individual capacity (hereinafter "the Town of Dryden"), the Settlement Agreement among Keionzie Clements, Linda Bruno, and Judith Johnson, the Settlement Agreement among Eric Allen and the Village of Dryden, the Settlement Agreement among Eric Allen and the Town of Dryden, and the Settlement Agreement among Eric Allen, Linda Bruno, and Judith Johnson (collectively, the "Settlement Agreements"), Keionzie Clements and Eric Allen hereby stipulate, through their undersigned counsel to the entry of an order dismissing with prejudice all claims asserted against Village of Dryden, Town of Dryden, David Sprout, Code Enforcement Officer

1

for the Town and Village of Dryden, in his official and individual capacity, Shelley Knickerbocker, Code Enforcement Officer for the Town and Village of Dryden, in her official and individual capacity, Linda Bruno, and Judith Johnson, concerning all claims stated in the Complaint in this Action and as further described in each and every one of the parties' separate Settlement Agreements.

DATED this ___ day of ___July___, 2024.

LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.

By: David A. Kagle
P.O. Box 272
16 West William Street
Bath, NY 14810
Telephone: (607) 776-4126
dkagle@lawny.org
*Attorneys for Plaintiffs*

GOZIGIAN, WASHBURN & CLINTON

By: E.W. Garo Gozigian, Esq.
Key Bank Bldg., 103 Main St.
P.O. Box 431
Cooperstown, New York 13326
Telephone: (607) 547-2522
gargozigian@stny.rr.com
*Attorneys for Defendants Linda Bruno and Judith Johnson*

GOLDBERG SEGALLA LLP

By: Jonathan M. Bernstein, Esq.
8 Southwoods Blvd., Ste. 300
Albany, New York 12211
Telephone: (518) 463-5400

2

jbernstein@goldbergsegalla.com
*Attorney for Defendants Town of Dryden,
David Sprout and Shelley Knickerbocker*

LIPPMAN O'CONNOR

By: Gerard E. O'Connor, Esq.
43 Court Street – Suite 600
Buffalo, New York 14202
Telephone: (716) 854-4705
Gerard.O'Connor@selective.com
*Attorneys for Defendant
Village of Dryden, New York*

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: September 12, 2024
         Albany, NY